

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-22-00106-CR
_____

RAHEEM KERRY ONEIL MARSHALL, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 123rd District Court
Panola County, Texas
Trial Court No. 2021-C-003

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

# MEMORANDUM OPINION

Appellant Raheem Kerry Oneil Marshall has filed a motion to dismiss this appeal. The motion was signed by both Marshall and his appellate counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2(a), we grant the motion. *See id.*

Accordingly, we dismiss this appeal.

Jeff Rambin
Justice

Date Submitted:    January 23, 2023
Date Decided:    January 24, 2023

Do Not Publish